IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY *a/s/o* CARL MARTUCCI, Plaintiff, <br><br> vs. <br><br> JULIO MARRERO, Defendant. | CIVIL ACTION <br><br> NO. 18-0433 |

## ORDER

**AND NOW**, this 15th day of March, 2019, upon consideration of Defendant's Motion to Transfer to Intercompany Arbitration (ECF 27) filed on February 12, 2019, the Response in Opposition (ECF 29) filed on February 26, 2019, the Defendant's Reply (ECF 31) filed on February 28, 2019 and Plaintiff's counsel's emailed and unfiled letter dated March 1, 2019 in opposition to the Reply, and for the reasons stated in the accompanying Memorandum,

**IT IS ORDERED** that the Motion to Transfer to Intercompany Arbitration (ECF 27) is **GRANTED**;

**IT IS ORDERED** that the Motion to Consolidate (ECF 28) is **DENIED**; and

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this action **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge